# Order

**Michigan Supreme Court**
**Lansing, Michigan**

June 23, 2009

Marilyn Kelly,
Chief Justice

138620

Michael F. Cavanagh
Elizabeth A. Weaver
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman
Diane M. Hathaway,
Justices

MABLE C. AUSTIN, STEPHANIE AUSTIN,
NELLIE M. DUKE, DOLORES McELREATH,
ALFRED H. PHILLIPS, VAL JEAN PHILLIPS,
QUETA L. SIEFKER, ATORA TODESCHINI,
and DOROTHY TODESCHINI,
      Plaintiffs-Appellees,

v

                                              SC: 138620
                                              COA: 282583

MICHAEL EUGENE KELLY,
      Defendant-Appellant.

                                              Oakland CC: 2007-080339-CZ

_____/

      On order of the Court, the application for leave to appeal the February 26, 2009 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the
foregoing is a true and complete copy of the order entered at the direction of the Court.

June 23, 2009

_____
Clerk

0615